# File Returned from 9CCA

District Court Case # __CV 01-1770 PHX-MHM__

9CCA Case # __04-15826__

__✓__ Civil        ____ Criminal


__1__ Clerk's Files

__1__ Transcripts - docket # __189__

__10__ Bulkie documents - docket # __121, 128, 130A, 142-148__

__✓__ Other documents __One folder of other documents__

__4__ Expandos


yes/no - Closed sticker (no circled)

yes/no - Appeal stamp (yes circled)


Verified by __XSP__
Date __1-26-06__